UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-952 JGB (SHKx)** | Date | January 12, 2022 |
|---|---|---|---|
| Title | *Wei Ren v. Dos Lagos Center 4, LP, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     Order to Show Cause for Failure to Prosecute (IN CHAMBERS)

On May 1, 2020 Plaintiff Wei Ren filed a complaint against Defendants Dos Lagos Center 4, LP, Dos Lagos Regional Center, LLC, Sophie Roland Dos Lagos, Inc., Fu Bang Group, LLC, Fu Bang Group Corp USA, US Fubon Group, R&J Property Management, Richard Dong, Joshua Hua, Emma Zhang, Christina Ge, and Fu Xiaoge (collectively, "Defendants"). (Dkt. No. 1.) Plaintiff served Dos Lagos Center 4, LP, R&J Property Management, and Dos Lagos Regional Center, LLC on June 9, 2020, and served Joshua Hua on June 23, 2020. (Dkt. Nos. 13, 14, 15, 16.) Plaintiff then requested the Clerk of the Court to enter default against these four Defendants on October 12, 2020. (Dkt. Nos. 18, 19, 20.) On October 13, 2020, the Clerk entered default against R&J Property Management, Dos Lagos Center 4, LP, and Dos Lagos Regional Center, LLC. (Dkt. Nos. 21, 22.) Since then, Plaintiff has not moved for default judgment or requested the Clerk to enter default against the remaining Defendants. No Defendant has answered the complaint within 21 days after service. Fed. R. Civ. P. 12(a)(1).

Accordingly, the Court ORDERS Plaintiff to show cause in writing **on or before January 18, 2022**, why this action should not be dismissed as to the applicable defendants for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the Plaintiff is due.

**IT IS SO ORDERED.**